# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Katherine Dee Fletcher,<br><br>    Plaintiff,<br><br>    v.<br><br>Washoe County Human Services Agency and Max Trask,<br><br>    Defendants. | Case No. 2:23-cv-00159-GMN-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff Katherine Dee Fletcher's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing documents, she must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $402 filing fee.

The Court will grant Plaintiff one opportunity to file an application—attaching a complaint—within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **March 6, 2023** to proceed with this case. If she chooses to pay the filing fee, she must also include a complaint because her initiating documents do not include one.

Finally, Plaintiff appears to have filed her action in the wrong place. Her initiating documents include a "motion for due process of [Notice of Appeal]." (ECF No. 1-1). However, because Plaintiff has listed a Nevada state court case number in the caption, it appears that Plaintiff intended to file this notice with the Nevada state court, not this court, which is federal. To the extent Plaintiff intended to file her initiating documents in her other, federal case (Case No. 2:22-cv-01777-MMD-NJK), the documents were not filed into that case because Plaintiff failed to include that case number and added defendants that were not named in that case.

1  Plaintiff must be precise in including the correct case number and correct defendants in her filings
2  to ensure they are filed where she intends.

4  **IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send
5  Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the
6  document entitled information and instructions for filing an *in forma pauperis* application.

7  **IT IS FURTHER ORDERED** that on or before **March 6, 2023,** Plaintiff will either pay
8  the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52
9  administrative fee) or file with the Court a completed **Application to Proceed *in Forma***
10 ***Pauperis*** on this Court's approved form.

11 **IT IS FURTHER ORDERED** that Plaintiff must include a complaint with her
12 application to proceed *in forma pauperis* or her filing fee.  The Clerk of Court is kindly directed
13 to mail Plaintiff a copy of the inmate complaint form and its instructions[1] and a copy of the
14 complaint for a civil case form.[2]  Plaintiff may use one of these forms to draft her complaint.

15 **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
16 to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action along with a
17 complaint on or before **March 6, 2023**, the Court will recommend dismissal of this action.

19  DATED: February 2, 2023

    _____
    DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2020/12/IFP-Inmate-Packet-Effective-12-1-20-FINAL.pdf

[2] This form can be found at https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case